IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMIE HARPER and JESSICA OWENS, on their own behalf and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as the Secretary of the Kansas Department of Health and Environment, and JON HAMDORF, in his official capacity as the Director of the Kansas Division of Health Care Finance,<br><br>Defendants. | CASE NO.: 5:18-CV-04008 |

## JOINT MOTION FOR PRELIMINARY
## APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Jamie Harper and Jessica Owens, ("Plaintiffs"), and Defendants Jeff Andersen, in his official capacity as the Secretary of the Kansas Department of Health and Environment, ("KDHE"), and John Hamdorf, in his official capacity as the Director of the Division of Health Care Finance, ("KDHCF"), (collectively, "Defendants"), move this Court for an Order pursuant to Fed. R. Civ. P. 23 that would:

(1) conditionally certify the Settlement Class;

(2) preliminarily approve the terms of the proposed Settlement Agreement;

(3) approve the proposed Notice Plan;

(4) appoint Class Counsel;

(5) conduct a Final Approval Hearing for approval of Class Certification and the Class Settlement on April 18, 2019 at 9:00 a.m. at the Federal Courthouse in Topeka, Kansas, Courtroom 403 (DDC) ; and

9050200

2

(7) schedule dates by which the Parties and potential Settlement Class Members are to comply with their obligations as more fully set forth in the Parties Suggestions in Support of this Motion and in the proposed order attached to this Motion as Exhibit A.

December 6, 2018                                        Respectfully submitted,

        /s/ J. Stan Sexton
J. Stan Sexton, # 9630
Andrew D. Carpenter, #16765
Russell J. Shankland, #78676
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
jsexton@shb.com
acarpenter@shb.com
rshankland@shb.com
dbdwerlkotte@shb.com
Phone:  816-474-6550
Fax:  816-421-5547

Lauren Bonds, #27807
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4102
Fax: (913) 490-4119
lbonds@aclukansas.org

*Attorneys for Plaintiffs*

        /s/ Shone Qualseth
Shon Qualseth, #18369
Dennis D. Depew, #11605
Office of the Attorney General
120 S.W. 10th Ave., 2nd Floor
Topeka, KS  66612-1597
Phone: 785-368-8424
Fax: 785-291-3767
shon.qualseth@ag.ks.gov
dennis.depew@ag.ks.gov

2

3

*Attorneys for Defendants*

9050200

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

                                               s/ J. Stan Sexton
                                               J. Stan Sexton

9050200