IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMIE HARPER and JESSICA OWENS, on their own behalf and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as the Secretary of the Kansas Department of Health and Environment, and JON HAMDORF, in his official capacity as the Director of the Kansas Division of Health Care Finance,<br><br>Defendants. | CASE NO.:  5:18-CV-04008 |

MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Jamie Harper and Jessica Owens, ("Plaintiffs") move this Court for an Order pursuant to Fed. R. Civ. P. 23 to:

(1) finally certify the Settlement Class;

(2) finally approve the terms of the proposed Settlement Agreement;

(3) determine that the Notice Plan was properly implemented by the parties;

(4) approve payment of the fees and expenses of appointed Class Counsel in the respective sums of $67,002.93 and $997.07, which sums are both stipulated in the Settlement Agreement and unopposed and without objection by the Defendants or class members;

(5) approve payment of the incentive/service awards for the representative class counsel in the sum of $7500 each, which sums are both stipulated in the Settlement Agreement and unopposed and without objection by the Defendants or class members; and

(6) enter such further relief as the Court deems just and proper.

4852-1871-7839

March 26, 2019                          Respectfully submitted,

*/s/ J. Stan Sexton*
J. Stan Sexton, # 9630
Andrew D. Carpenter, #16765
Russell J. Shankland, #78676
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
jsexton@shb.com
acarpenter@shb.com
rshankland@shb.com
dbdwerlkotte@shb.com
Phone:  816-474-6550
Fax:  816-421-5547

Lauren Bonds, #27807
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4102
Fax: (913) 490-4119
lbonds@aclukansas.org

***Attorneys for Plaintiffs***

4852-1871-7839

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2019, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

                                              *s/ J. Stan Sexton*
                                              J. Stan Sexton

4852-1871-7839