# Exhibit A

PA Criteria

Initial Approval: November 14, 2014  
Revised Dates: January 11, 2017; April 13, 2016  
January 13, 2016; October 14, 2015; January 14, 2015

**CRITERIA FOR PRIOR AUTHORIZATION**

Fixed Combination Direct Acting Hepatitis C Agent

| | |
|---|---|
| **PROVIDER GROUP** | Pharmacy |
| **MANUAL GUIDELINES** | The following drug requires prior authorization: Ledipasvir/Sofosbuvir (Harvoni®) |

**CRITERIA FOR INITIAL APPROVAL OF LEDIPASVIR/SOFOSBUVIR:** (must meet all of the following)

*Patients new to the plan will be allowed to continue previous hepatitis C regimen (max of up to 24 weeks of Sofosbuvir/Ledipasvir therapy total)*

- Patient must have a diagnosis of chronic hepatitis C (CHC)
- Patient must have genotype 1, 4, 5, or 6 hepatitis C
- Patient must not have severe renal impairment (eGFR<30mL/min/1.73m$^2$) or currently require hemodialysis
- Must be prescribed by or in consultation with a hepatologist, gastroenterologist, or infectious disease specialist
- Patient must be 18 years of age or older
- Patient must not have been on previous or concurrent direct acting hepatitis C agents
- If patient was on a previous course of treatment with Incivek or Victrelis it must have included an interferon-based regimen
- Patient must not have a history of illicit substance use or alcohol abuse within the past 6 months
- Patient has a pre-treatment HCV RNA level drawn and results are submitted with PA request
- Dose must not exceed 1 capsule per day
- Patient must have one of the following:
    - Advanced fibrosis (Metavir F3)
    - Compensated cirrhosis
    - Organ transplant
    - Type 2 or 3 essential mixed cryoglobulinemia with end-organ manifestations (e.g., vasculitis)
    - Proteinuria
    - Nephrotic syndrome
    - Membranoproliferative glomerulonephritis
- Female patients must have a negative pregnancy test within 30 days prior to initiation of therapy and monthly during treatment with ledipasvir/sofosbuvir therapy
- For Genotypes 1 and/or 4: the PDL preferred drug, which covers Genotypes 1 and 4, is required unless the patient has a documented clinical rationale for using the non-preferred agent supported by the label or AASLD/IDSA HCV guidelines

PA Criteria

**RENEWAL CRITERIA FOR LEDIPASVIR/SOFOSBUVIR:**

- Prescriber must document adherence by patient of greater than or equal to 90% and meet one of the following:
  - Genotype 1 (one of the following)
    - Treatment-naïve, without cirrhosis, and a pre-treatment HCV RNA < 6 million IU/mL – **8 weeks total therapy**
    - Treatment-naïve, with or without cirrhosis, and a pre-treatment HCV RNA ≥ 6 million IU/mL – **12 weeks total therapy**
    - Treatment-naïve, with cirrhosis– **12 weeks total therapy**
    - Treatment-experienced, without cirrhosis – **12 weeks total therapy**
    - Treatment-experienced, with cirrhosis:
      - **24 weeks total therapy alone**
      - **12 weeks total therapy if used with Ribavirin**
  - Genotype 4, 5, or 6
    - **12 weeks total therapy**

**LENGTH OF APPROVAL FOR LEDIPASVIR/SOFOSBUVIR:** 4 weeks

_____  _____
DRUG UTILIZATION REVIEW COMMITTEE CHAIR             PHARMACY PROGRAM MANAGER
                                                    DIVISION OF HEALTH CARE FINANCE
                                                    KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT

_____  _____
DATE                                                DATE