Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JAMIE HARPER and JESSICA OWENS, on
their own behalf and on behalf of all similarly
situated individuals,

                    Plaintiffs,

v.

JEFF ANDERSEN, in his official capacity as the
Secretary of the Kansas Department of Health
and Environment, and JON HAMDORF, in his
official capacity as the Director of the Kansas
Division of Health Care Finance,

                    Defendants.

CASE NO.: 5:18-CV-04008

## DECLARATION OF ESMIE TSENG

1.      I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and could testify competently to those facts.

2.      I am the Communications Associate and webmaster for the ACLU of Kansas, Plaintiffs' counsel in the above-captioned class action. I submit this affidavit in order to provide the Court and the parties to the Action with information regarding the publication of the Summary Notice of Proposed Settlement of Class Action and Settlement Hearing (the "Publication Notice"). I have personal knowledge of the facts stated herein.

3.      The Court's Preliminary Order for Notice and Hearing In Connection With Settlement Proceedings dated December 21, 2018, directed that the Publication Notice be published on the ACLU of Kansas's website.

4.      I posted the notice to the ACLU of Kansas's website on December 26, 2018.  The Notice

can be accessed at: https://www.aclukansas.org/en/notice-medicaid-hepc-patients.

I declare under penalty of perjury that the forgoing is true and correct.

3/19/2019
Date

Esmie Tseng
Esmie Tseng